```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA       :       CRIMINAL ACTION
                                              :
           v.                           :
                                              :
FAYEZ ANTONIOS                 :       NO. 14-18-3

<u>ORDER</u>

AND NOW, this 19th day of November, 2015, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

    (1)  the motion of Fayez Antonios to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED; and

    (2)  no certificate of appealability will issue.

                                         BY THE COURT:


                                         /s/ Harvey Bartle III
                                                                    J.